# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| SANDRA C. HOOVER | CIVIL ACTION NO. 08-cv-1740 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| U.S. COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's **Motion for Summary Judgment (Doc. 14)** is **granted** and this action is hereby **DISMISSED** as untimely filed.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 17th day of June, 2009.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE